**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.07-cv-02053-REB-MEH

PHILLIP CUTTING JR., as next friend and parent of
PHILLIP CUTTING, III, a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA by and through EVANS ARMY COMMUNITY HOSPITALS, et al.,

    Defendants.

---

### MINUTE ORDER[1]

---

    The matter before the court is the **Unopposed Motion by Defendant United States For Leave To File a Brief in Excess of REB. Civ. Practice Standard V.B.1** [#48], filed February 29, 2008. The motion is **GRANTED** and **Defendant United States' Motion To Dismiss** [#49] is accepted for filing.

    Dated: March 4, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.