IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.07-cv-02053-REB-MEH

PHILLIP CUTTING JR., as next friend and parent of
PHILLIP CUTTING, III, a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA by and through EVANS ARMY COMMUNITY HOSPITALS, et al.,

    Defendants.

## MINUTE ORDER[1]

The matter before the court is plaintiffs' **Unopposed Motion To Hold in Abeyance Pending Resolution of the United States' Motion To Dismiss the Motion To Dismiss of Triwest Healthcare Alliance Corporation** [#58], filed March 17, 2008[2]. After careful review of the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion To Hold in Abeyance Pending Resolution of the United States' Motion To Dismiss the Motion To Dismiss of Triwest Healthcare Alliance Corporation** [#58], filed March 17, 2008, is **GRANTED**;

    2. That defendant **Triwest Healthcare Alliance Corp.'s Motion To Dismiss For Lack of Subject Matter Jurisdiction; or, in the Alternative, Unopposed Motion To Stay The Time For Triwest To File Its Answer** [#43], filed February 22, 2008, is **HELD IN ABEYANCE** pending resolution of **Defendant United States' Motion To Dismiss** [#49], filed February 29, 2008; and

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

    [2] Counsel is reminded that in compliance with the Local Rules of Practice, this court's Practice Standards, and the Electronic Case Filing Procedures (Civil Cases), proposed orders are to be submitted to the presiding judge's e:mail in either word or wordperfect format which was not done in this case.

3.  That defendant Triwest's motion to dismiss shall be withdrawn or formally answered within ten (10) days of this court's order resolving defendant United States' motion to dismiss.

Dated:  March 18, 2008