# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.07-cv-02053-REB-MEH

PHILLIP CUTTING JR., as next friend and parent of
PHILLIP CUTTING, III, a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA by and through EVANS ARMY COMMUNITY HOSPITALS, et al.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Defendant Spectrum Healthcare Resources and Mercedes Delory's Unopposed Motion To Vacate and Reset Trial Date** [#67], filed March 31, 2008. The motion is **DENIED** as premature.

    Dated: April 2, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.