IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-REB-MEH

PHILLIP CUTTING, JR., as next fried and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS,
TRIWEST HEALTHCARE ALLIANCE, INC., and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2008.**

    Based upon the parties' agreement, and the entire record herein, the Joint Motion for Entry of Stipulated Protective Order [<u>Filed April 25, 2008; Docket #81</u>] is **granted**. The Court will sign the Protective Order and enter it on the record.