IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-REB-MEH

PHILLIP CUTTING, JR., as next fried and parent of minor Phillip Cutting, III,

     Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS,
TRIWEST HEALTHCARE ALLIANCE, INC., and
SPECTRUM HEALTHCARE RESOURCES,

     Defendants.

---

**ORDER ON MOTION TO MODIFY SCHEDULING ORDER**

---

Before the Court is the Stipulated Motion to Modify Scheduling Order [Filed July 24, 2008; Docket #95]. The parties have established good cause for the requested extension. Specifically, the parties have been diligent in discovery in this very complicated and multifaceted case. They now confront the need for foreign discovery, which likely requires requesting letters rogatory from the Court. In addition, certain electronic discovery is not readily available and will involve significant work to retrieve the necessary data. Further, the parties may also need to brief the issue of whether confidential medical information of a non-party may be released. Accordingly, based on the commendable efforts of the parties to date and the significant discovery issues remaining, the Motion to Modify Scheduling Order is **granted**.

The discovery deadlines are modified as follows:

| | |
|---|---|
| Plaintiff's expert disclosures: | September 30, 2008 |
| Defendants' expert disclosures: | October 30, 2008 |
| Discovery cut-off: | December 15, 2008 |

Dated at Denver, Colorado this 31st day of July, 2008.

BY THE COURT:


  s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge