IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.07-cv-02053-REB-MEH

PHILLIP CUTTING JR., as next friend and parent of
PHILLIP CUTTING, III, a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA by and through EVANS ARMY COMMUNITY HOSPITALS,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, C.N.M., R.S.,
TRIWEST HEALTHCARE ALLIANCE, INC., and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## ORDER GRANTING STIPULATION REGARDING DEFENDANT TRIWEST HEALTHCARE ALLIANCE CORP.'S MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter comes before the court on the **Stipulation Regarding Triwest Alliance Healthcare Corp.'s Motion For Summary Judgment** [#101] filed August 11, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation Regarding Triwest Alliance Healthcare Corp.'s Motion For Summary Judgment** [#101] filed August 11, 2008, is **APPROVED**;

    2. That defendant, Triwest Healthcare Alliance, Inc., is **DISMISSED WITHOUT PREJUDICE**;

3. That plaintiff may request that defendant Triwest be joined should future discovery reveal that defendant Triwest had an employment relationship with defendant Delory or defendant Simons;

4. That **Triwest Healthcare Alliance Corp.'s Motion For Summary Judgment** [#94] filed July 21, 2008, is **DENIED** as moot; and

5. That defendant Triwest is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 2, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**