IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02053-REB-MEH | Date: September 29, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| PHILLIP CUTTING, JR., as next friend and parent of minor child Phillip Cutting, III, | Daniel A. Lipman James Puga |
| Plaintiff, | |
| vs. | |
| USA, PAMELA SIMONS, M.D., | Stephen Taylor Paul D. Cooper Jeremy Swift |
| MERCEDES DELORY, CNM, RS, and SPECTRUM HEALTHCARE RESOURCES, | Catherine O'Brien Crum |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 11:05 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding the Stipulated Motion to Vacate and Continue Trial Date (Doc. #103, filed 9/18/08).

Discussion regarding proposed scheduling deadlines, if the trial is continued; and a briefing scheduling regarding genetic testing for the parents.

The Court will issue a Report and Recommendation to Judge Blackburn regarding the scheduling deadlines and continuing the trial date.

**ORDERED:** 1. Defendants will file a motion regarding genetic testing on the parents of the minor child on or before **October 9, 2008.**

2. Plaintiff will file a Response to the genetic testing motion on or before **October 22, 2008.**

3. Defendants may file a Reply to Plaintiff's Response on or before **October 29, 2008.**

**Court in recess:** **11:38 a.m. (Hearing concluded)**
**Total time in court:** 0:33