IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.07-cv-02053-REB-MEH

PHILLIP CUTTING JR., as next friend and parent of
PHILLIP CUTTING, III, a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA by and through EVANS ARMY COMMUNITY
HOSPITALS,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, C.N.M., R.S., and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATE MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Plaintiff's Stipulated Motion To Vacate and Continue Trial Date** [#108], filed September 29, 2008. The parties have agreed to the relief requested in the apposite motion, as well as to the recommended disposition suggested by the magistrate judge. Having reviewed the recommendation and the apposite motion, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Plaintiff's Stipulated Motion To Vacate and Continue Trial Date** [#108], filed September 29, 2008, is

**APPROVED AND ADOPTED** as an order of this court;

    2. That the parties' **Stipulated Motion To Vacate and Continue Trial Date** [#103], filed September 18, 2008, is **GRANTED**;

    3. That the current discovery and dispositive motion deadlines are **VACATED** and **CONTINUED** as follows:

        a. Concerning briefing on defendants' anticipated motion to compel an Independent Medical Examination on Baby Cutting:

            1) Defendants' opening brief is due on or before: **October 9, 2008**;

            2) Plaintiff's response is due on or before: **October 20, 2008**; and

            3) Defendants' reply, if any, is due on or before: **October 29, 2008**;

        b. Concerning expert reports:

            1) Initial expert reports are due: **January 15, 2009**;

            2) Rebuttal expert reports are due: **March 1, 2009**; and

            3) Sur-rebuttal expert reports are due: **April 1, 2009**;

        c. The discovery cut-off is May 1, 2009;

        d. Dispositive motions deadline is June 1, 2009; and

    4. That the Trial Preparation Conference, currently scheduled for **Friday, January 23, 2009**, at 9:30 a.m., as well as the trial, currently scheduled to commence on **Monday, February 9, 2009**, at 8:30 a.m., are **VACATED** and **CONTINUED** as follows:

a. The Trial Preparation Conference shall be held on **December 18,**

**2009**, at **9:00 a.m.**; and

b.  A fifteen-day jury trial shall commence **January 4, 2010**, at 8:30 **a.m.**

Dated October 3, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**