IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-REB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

     Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

     Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2008.**

     Plaintiff's Motion to Compel Redacted Medical Records [filed October 3, 2008; docket #115] is **granted**. The Proposed Protective Order [docket #115-2], as stipulated by the parties [*see* dockets #115, 123, 126], is hereby ordered and filed contemporaneously with this order.