IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-REB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## STIPULATED PROTECTIVE ORDER

THIS MATTER having come before the Court, pursuant to F.R.C.P. 26(c) concerning the production and dissemination of confidential information and/or sensitive data, as stipulated by the parties [*see* dockets #115, 123, 126],

IT IS HEREBY ORDERED:

1. This is a medical malpractice action in which at least one of the Parties has sought medical records and information of a patient, a non-party in this litigation, who was laboring and giving birth at Evans Army Community Hospital on or about June 19, 2004. For purposes of this Protective Order this patient will be referred to as "Patient X."

2. The purpose of this Protective Order is to preclude the disclosure of identifying information and to preclude the dissemination of Patient X's medical records and information outside of this litigation.

3. This Protective Order is entered to provide a mechanism by which confidential information

can be disclosed but to prevent such information from being used by any party for any purpose other than in connection with the litigation of this civil action.

4. This Protective Order requires that Patient X's information and medical records in the possession, custody and control of Evans Army Community Hospital be produced to all parties in this litigation but that the names of the mother and the baby to whom she is giving birth be redacted, all social security numbers be redacted, and all insurance information be redacted.

5. This Protective Order applies to all documents, files, portions of files, materials, records, information, and documents pertaining to Patient X or her baby in the possession, custody or control of Evans Army Community Hospital.

6. Nothing in this Protective Order shall preclude any party from filing a Motion with respect to the manner in which this information shall be treated at trial.

7. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and opportunity for them to be heard.

Dated at Denver, Colorado, this 20th day of October, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States District Court