IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.
_____

**ORDER ON DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER**
_____

Pending before the Court is Defendants' Joint Motion for Protective Order Concerning Independent Medical Examinations of Minor Plaintiff [filed November 13, 2008; docket #139]. The matter is briefed and has been referred to this Court for resolution. (Docket #141.) Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **grants in part** and **denies in part as moot** the Joint Motion for Protective Order.

**I.**     **Facts**

Plaintiff Phillip Cutting Jr. brings this action as next friend and parent of Phillip Cutting III, pursuant to the Federal Tort Claims Act ("FTCA") and common law theories of negligence. Plaintiff alleges that Defendants provided negligent medical care during the delivery of Phillip Cutting III, which resulted in a brain injury. Defendants allege that the baby's injury was or could have been caused by other circumstances and seek testing and conditions of such testing that would prove their allegation.

## II.     Discussion

In the Court's November 24, 2008 order on Defendants' Motion to Compel (docket #120), the Court in pertinent part concluded Nevena Cutting, Phillip Cutting III's mother and a non-party to this proceeding, may not be compelled to attend the Independent Medical Examination of Phillip Cutting III. (Docket #145.) However, the Court ordered Phillip Cutting, Jr., Phillip Cutting III's father and Plaintiff in this matter, to attend the Independent Medical Examination. The Court noted, "If Mr. Cutting is competent to stand as next friend and parent of Phillip Cutting III in this case, then he is also competent to serve the child's interests in any abusive or overreaching conduct that Plaintiff fears may occur at the IME. Therefore, if it were presented in an appropriate motion, the Court would likely deny Plaintiff's request to have a nurse or recording equipment present at the IME absent persuasive authority to the contrary." (*Id*. at 3-4.)

Before the Court issued the order on Defendants' Motion to Compel, the Defendants submitted the Joint Motion for Protective Order presently before the Court. In this Motion for Protective Order, Defendants request the Court to order that no person other than Phillip Cutting III and his parents, Nevena Cutting and Phillip Cutting, Jr., may attend the Independent Medical Examination, and that the exam may not be recorded by audio or video.

Plaintiff represented to the Court that, in light of the Court's order on Defendants' Motion to Compel, Plaintiff had proposed a resolution of Defendants' Joint Motion for Protective Order to Defendants. (*See* Docket #149.) Plaintiff requests only that the Court order any forms to be completed by Phillip Cutting, Jr. regarding the Independent Medical Examination of Phillip Cutting III by Drs. Seay and Sujansky be provided to Plaintiff's counsel within a reasonable period of time before the exam is conducted. (Docket #149 at 5.) Defendants Delory, Spectrum Health Resources,

and United States are unopposed to Plaintiff's proposed resolution, and Defendant Simons was unavailable for conferral as duly sought by Plaintiff. (*See* Dockets #149, 152.)

In light of the Court's applicable November 24, 2008 order resolving the majority of the issues presented in Defendants' Joint Motion for Protective Order, Plaintiff's diligent D.C. Colo. 7.1A efforts, and the reasonable request within the Court's discretion of allowing Plaintiff's counsel to review documents Plaintiff will complete at the Independent Medical Examination, the Court adopts Plaintiff's proposed resolution. Defendants shall submit the forms to be completed by Phillip Cutting, Jr. regarding the examination of Phillip Cutting III by Drs. Seay and Dr. Sujansky to Plaintiff for his review with his counsel no less than ten days before the scheduled Independent Medical Examination of Phillip Cutting III.

## III. Conclusion

Accordingly, for the reasons stated above, it is hereby ORDERED that Defendants' Joint Motion for Protective Order Concerning Independent Medical Examinations of Minor Plaintiff [filed November 13, 2008; docket #139] is **granted in part** and **denied in part as moot** as set forth herein.

Dated at Denver, Colorado, this 18th day of December, 2008.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge