IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2008.**

    Plaintiff's Stipulated Motion to Modify Scheduling Order [filed December 18, 2008; docket #155] is **granted**. The Scheduling Order is amended as follows:

        Initial expert reports due: **February 15, 2009**
        Rebuttal expert reports due: **April 1, 2009**
        Surrebuttal expert reports due: **April 15, 2009**

    The discovery cut-off remains set for May 1, 2009, and the dispositive motion(s) deadline remains set for June 1, 2009.