IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2009.**

    Defendants' Unopposed Motion to Amend Minute Order of December 22, 2008 (Doc. 157) [filed January 9, 2009; docket #163] is **granted**. The Minute Order at Docket #157 is amended as follows:

        Plaintiff's expert disclosures due: **February 15, 2009**
        Defendants' expert disclosures due: **April 1, 2009**
        Plaintiff's rebuttal expert disclosures due: **April 15, 2009**