IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

 Plaintiff,
v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2009.**

 Defendant United States of America's Unopposed Motion for Leave to File Answer Out of Time [filed February 9, 2009; docket #172] is **granted**. The Clerk of Court is directed to enter the document at Docket #172-2 identified as Defendant United States of America's Answer.