IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02053-PAB-MEH | Date: March 19, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| PHILLIP CUTTING, JR., as next friend and parent of minor child, Phillip Cutting, III, | Daniel Lipman |
| Plaintiff, | |
| vs. | |
| USA, | Marc Bonora |
| PAMELA SIMONS, M.D., | Jeremy Swift |
| MERCEDES DELORY, CNM, RS, and | Terry Cipoletti |
| SPECTRUM HEALTHCARE RESOURCES, | |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE (Docs. #184 and #166)**

**Court in session:** 9:34 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant USA's Motion to Compel Visits and Interviews by Life Care Planner (Doc. #184, filed 2/27/09).

**ORDERED:** For reasons stated on the record, Defendant USA's Motion to Compel Visits and Interviews by Life Care Planner (Doc. #184, filed 2/27/09) is **GRANTED in part and DENIED in part.** Plaintiff will be allowed to have a person of his choice present at the interview with the Life Care Planner. The person chosen by Plaintiff may not participate in the interview, but should serve only as a means of comfort and support to the Cutting family. Defendants may also have a joint representative present whose sole role is to observe. The parties are to contact the Court immediately in the event any alleged violation of the letter or of any alleged violation of the letter or spirit of this order.

Discussion regarding Defendant USA's Motion to Compel Regarding Bulgarian Medical Records (Doc. #166, filed 1/23/09).

**ORDERED:** For reasons stated on the record, Defendant USA's Motion to Compel Regarding Bulgarian Medical Records (Doc. #166, filed 1/23/09) is DENIED without prejudice. Defendant USA is granted leave to file a renewed motion with any new information, if necessary.

Discussion regarding a Status Report from the Life Care Planner.

**ORDERED:** Defendants shall file a Status Report from the Life Care Planner by **April 7, 2009.**

**Court in recess:** 9:53 a.m. **(Hearing concluded)**
**Total time in court:** 0:19