IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02053-PAB-MEH | Date:   April 28, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| PHILLIP CUTTING, JR., as next friend and parent of minor child Phillip Cutting, III, | Daniel A. Lipman<br>James Puga |
| Plaintiff, | |
| vs. | |
| USA,<br>PAMELA SIMONS, M.D.,<br>MERCEDES DELORY, CNM, RS, and<br>SPECTRUM HEALTHCARE RESOURCES, | Stephen D. Taylor |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:06 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's and Interested Party Nevena Cutting's Motion for Protective Order (Doc. #201, filed 3/23/09).

**ORDERED:**   As stated on the record, Plaintiff's and Interested Party Nevena Cutting's Motion for Protective Order (Doc. #201, filed 3/23/09) is DENIED as premature and without prejudice.

Discussion regarding Defendant USA's Designation of Non-Party at Fault (Doc. #216, filed 4/24/09).  Plaintiff's counsel does not object to the designation of non-party at fault based on timeliness or procedural issues.

Argument and discussion regarding Defendant USA's Motion to Amend the Scheduling Order (Doc. #217, filed 4/24/09).

**ORDERED:** 1. Defendant USA's Motion to Amend the Scheduling Order (Doc. #217, filed 4/24/09) is GRANTED in part.  The Court will grant an extension regarding two of Defendant USA's expert witnesses to **May 20, 2009,** and all other experts will be designated on **May 1, 2009.**  Plaintiff shall have to and including **June 1, 2009,** and **June 10, 2009,** to designate rebuttal expert witnesses.  All other deadlines will remain in place.

2. A Telephonic Status Conference will be held on **May 21, 2009, at 9:00 a.m.**  The Court will expect all expert witnesses to have been contacted by then, their availability for depositions known, and whether any experts' availability interferes with the deadlines set.

Discussion regarding setting a Settlement Conference.

**ORDERED:**  A Settlement Conference is set for **May 28, 2009, at 1:30 p.m.**

Discussion regarding prepayment of expert witness fees.  The Court will issue a separate order on this issue.

**Court in recess:**     **10:43 a.m.  (Hearing concluded)**
**Total time in court:**  0:37