IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 4, 2009.**

    The Stipulated Motion to Modify Scheduling Order to Extend Dispositive Motion Deadline [filed August 3, 2009; docket #245] is **granted**. The dispositive motion deadline is extended up to and including **September 1, 2009**.