IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2009.**

    Plaintiff's Unopposed Motion to Stay Case and All Pending Deadlines Pending Completion of Settlement Negotiations [filed August 31, 2009; docket #259] is **granted**. All deadlines in this matter are stayed pending completion of settlement negotiations. The Final Pretrial Conference set for September 17, 2009, at 9:30 a.m. is hereby **converted** to a Status Conference, and the parties shall put the final details of settlement on the record at that time.