IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of minor Phillip Cutting, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2009.**

    In light of the pending settlement in this matter (docket #259 at 2), the government's Motion to Compel DNA and Urine Sample Testing [filed August 11, 2009; docket #249] is **denied as moot**.