IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02053-PAB-MEH

PHILLIP CUTTING, JR., as next friend and parent of
INFANT PLAINTIFF, a minor,

    Plaintiff,

v.

PAMELA SIMONS, M.D.,
MERCEDES DELORY, CNM, RS, and
SPECTRUM HEALTHCARE RESOURCES,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice of All Claims Against Defendants Delory, CNM, RN, and Spectrum Healthcare Resources [Docket No. 273]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants Mercedes Delory, CNM, RS, and Spectrum Healthcare Resources are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 12, 2010.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge